I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED 10-14-99

DEPUTY CLERK

Send

FILED
OCT 14 1999
CLERK, U S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Microsoft<br><br>Plaintiff(s),<br><br>vs<br><br>Business Integration Group Inc<br>Defendant(s), | SA CV 99-860-GLT (EEx)<br><br>**ORDER RE:**<br>**1. EARLY MEETING OF COUNSEL**<br>**2. STATUS CONFERENCE**<br><br>Set for 1-3-00<br><br>TIME   9 00 a m<br>COURTROOM  10D<br>(Local Rule 6) |

This action has been assigned to the calendar of JUDGE GARY L TAYLOR   The responsibility for the progress of Federal Court litigation is upon both the attorneys and the Court   In order "to secure the just, speedy, and inexpensive determination of every action" (F R Civ P 1), counsel must be completely familiar with the Federal Rules of Civil Procedure and the Local Rules of the Central District of California, and keep the Court advised concerning the status of this case

1    Early Meeting of Counsel

IT IS ORDERED that counsel for the parties shall personally meet within 30 days after the first defendant's Answer for an Early Meeting of Counsel in compliance with Local Rule 6   All the requirements of that Rule shall be complied with. Within 14 days after the Early Meeting, the parties shall file a Joint Report of Early Meeting (Local Rule 6 5) reporting on all the matters required to be discussed under Local Rule 6 4   Filing directly in the Southern Division at Santa Ana is encouraged

2    Status Conference

IT IS FURTHER ORDERED that this case is placed on calendar for a Status Conference (Local Rule 6 9) on the date and time stated in the caption of this Order in Courtroom 10D of the United States Courthouse, 411 West Fourth Street, Santa Ana, California

Unless excused for good cause, each counsel appearing at the Status Conference and at all pre-trial meetings shall be the attorney who will be in charge of the conduct of the trial   Continuance of the Status Conference will be granted only upon a showing of good cause

STRICT COMPLIANCE WITH LOCAL RULES  6 (Early Meeting and Status Conference) AND 9 (Pre-trial Proceedings) IS REQUIRED BY THE COURT   YOUR ATTENTION IS INVITED TO THE PROVISIONS OF LOCAL RULE 27 (Sanctions) AND 28 U S C § 1927 (Expenses)

DATED: 10-14-99

GARY L TAYLOR
UNITED STATES DISTRICT JUDGE

Courtroom Deputy Clerk to
Judge Gary L  Taylor
Kathy Peterson
(714) 338-4757

1/99    2

INVITATION FOR CONFERENCE CALL

The court invites any counsel who would otherwise be traveling from outside Orange County to participate in the Status Conference by telephone conference call.

If you desire to participate by telephone conference call, you MUST notify the Courtroom Deputy Clerk, Kathy Peterson, at (714) 338-4757 of your intentions <u>within the week</u> before the Status Conference is scheduled. The phone number, time to place the call, and the person who will place the call, will be established upon confirmation from the Courtroom Deputy Clerk.

Counsel from Orange County are expected to participate in the Status Conference in person unless otherwise instructed by the Court.

GARY L. TAYLOR
UNITED STATES DISTRICT JUDGE

1/99

3